1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Defendants

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 | TARA REISOLHAGH, ET AL.,              | CASE NO. 2:23-CV-00901-DJC-CKD
11 |                        Plaintiffs,    | STIPULATION AND ORDER FOR FIRST
                                             EXTENSION OF TIME
12 |              v.                       |
13 | ANTONY J. BLINKEN, ET AL.,            |
14 |                        Defendants.    |

15

16

17

18    The Defendants respectfully request a first extension of time in which to respond to the

19 Complaint, and counsel for Plaintiffs does not oppose. This case concerns the visa applications of

20 Plaintiffs Akram Reisolhagh and Ali Maziyar, which were refused for administrative processing

21 following a November 2022 consular interview. The administrative processing has now been resolved.

22 The parties anticipate that the consular official will be able to complete the adjudication of the visa

23 application in this case shortly, following the receipt of requested documents from the applicants, which

24 is expected to render this lawsuit moot.

25 ///

26 ///

27 ///

28
                                               1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 23, 2023. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: July 21, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ TARA FARKHONDEH
TARA FARKHONDEH
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: July 21, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE